UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>          Defendants. | Case No. 07 Civ 9416 (RJS) |

---

| | |
|---|---|
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>          Defendants. | Case No. 07 Civ 10323 (RJS) |

---

**NOTICE OF MOTION AND MOTION OF PROPOSED LEAD PLAINTIFFS MEIRA RUBIN AND COSTACHI LERU FOR CONSOLIDATION, APPOINTMENT AS <u>LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Motion of Proposed Lead Plaintiffs Meira Rubin and Costachi Leru for Consolidation,

Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel and the Declaration

submitted in support thereof and such other evidence as the Court may consider, Meira Rubin and Costachi Leru move the Court, pursuant to Sections 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") for an order: (i) consolidating the above captioned actions; (ii) appointing them as Lead Plaintiffs for the claims asserted; and (iii) approving their choice of Weiss & Lurie as Lead Counsel.

Dated: December 18, 2007                                   Respectfully submitted,

                                                           By:      s/ Joseph H. Weiss
                                                                  WEISS & LURIE
                                                                  Joseph H. Weiss (JW-4534)
                                                                  Jack I. Zwick (JZ-2514)
                                                                  David C. Katz (DK-6235)
                                                                  551 Fifth Avenue
                                                                  New York, New York  10176
                                                                  (212) 682-3025
                                                                  (212) 682-3010 (Fax)