**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
:
MEIRA RUBIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY    :
SITUATED,
:
           Plaintiff,                          No. 07 CV 10323
:
       -against-                    **MOTION TO ADMIT COUNSEL**
:               **PRO HAC VICE**

FUWEI FILMS (HOLDINGS) CO., LTD.,
XIAOAN HE, LIN TANG, MARK E.    :
STULGA, TONGHU ZHOU, DUO WANG,
JUN YIN, MAXIM GROUP LLC,        :
CHARDAN CAPITAL MARKETS, LLC and
WR HAMBRECHT & CO., LLC,         :

           Defendants.
-------------------------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Joshua S. Sohn, a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

    PERRIE MICHAEL WEINER
    DLA Piper US LLP
    1999 Avenue of the Stars
    Suite 400
    Los Angeles, CA 90067
    (310) 595-3024  (Direct telephone)
    (310) 595-3324 (Direct fax)

PERRIE MICHAEL WEINER is a member in good standing of the Bar of the State of California. There is no pending disciplinary proceeding against PERRIE MICHAEL WEINER in any State or Federal court.

Dated: December 21, 2007
New York, New York

Respectfully submitted,

/s/ Joshua S. Sohn
Joshua S. Sohn
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)
Joshua.Sohn@dlapiper.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
:
MEIRA RUBIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY         :
SITUATED,
                                       :    No. 07 CV 10323
          Plaintiff,
                                       :    **AFFIDAVIT OF JOSHUA S. SOHN**
     -against-                              **IN SUPPORT OF MOTION**
                                       :    **TO ADMIT COUNSEL**
FUWEI FILMS (HOLDINGS) CO., LTD.,           **PRO HAC VICE**
XIAOAN HE, LIN TANG, MARK E.           :
STULGA, TONGHU ZHOU, DUO WANG,
JUN YIN, MAXIM GROUP LLC,              :
CHARDAN CAPITAL MARKETS, LLC and
WR HAMBRECHT & CO., LLC,               :

          Defendants.
-------------------------------------------------------X

JOSHUA S. SOHN, being duly sworn, hereby deposed and says as follows:

1.    I am a member of the law firm, DLA Piper US LLP, counsel for Defendants Maxim Group LLC; Chardan Capital Markets, LLC; and WR Hambrecht & Co., LLC (the "Underwriter Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Underwriter Defendants' motion to admit my partner, Perrie Michael Weiner, as counsel pro hac vice to represent the Underwriter Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 4, 1998. I am also admitted to the bar of the United States District Court of the Southern District of New York, and am in good standing with this Court.

3.    I have been known Mr. Weiner since 2003, have worked with him since 2004, and have been his partner since 2006.

4. Mr. Weiner is a member of the law firm, DLA Piper US LLP, based in Los Angeles, California.

5. I have found Mr. Weiner to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Perrie Michael Weiner, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Perrie Michael Weiner, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Perrie Michael Weiner, pro hac vice, to represent the Underwriter Defendants in the above captioned matter, be granted.

Respectfully submitted,

Joshua S. Sohn
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500 (Telephone)
(212) 335-4501 (Fax)
Joshua.Sohn@dlapiper.com

Sworn to before me this 21st day of December, 2007.

Notary Public

JUANITA SANTOS MASSO
Notary Public, State of New York
No. 01SA6156454
Qualified in Queens County
Commission Expires Nov 27 2010



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PERRIE MICHAEL WEINER, #134146 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

MEIRA RUBIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiff,

        -against-

FUWEI FILMS (HOLDINGS) CO., LTD.,
XIAOAN HE, LIN TANG, MARK E.
STULGA, TONGHU ZHOU, DUO WANG,
JUN YIN, MAXIM GROUP LLC,
CHARDAN CAPITAL MARKETS, LLC and
WR HAMBRECHT & CO., LLC,

        Defendants.
-------------------------------------------------------X

No. 07 CV 10323

**AFFIRMATION OF SERVICE**

    KEVIN D. GALBRAITH, an attorney admitted to practice in the courts of the State of New York, pursuant to CPLR § 2106, affirms under penalty of perjury, that:

    1.    I am associated with the law firm, DLA Piper US LLP, counsel for Defendants Maxim Group LLC; Chardan Capital Markets, LLC; and WR Hambrecht & Co., LLC (the "Underwriter Defendants") in the above captioned action.

    2.    On December 21, 2007, I caused a true and correct copy of (1) Motion to Admit Counsel Pro Hac Vice, (2) Affidavit of Joshua S. Sohn to Admit Counsel Pro Hac Vice, and (3) Proposed Order for Admission Pro Hac Vice on Written Motion to be served by overnight delivery upon the following attorneys:

> Joseph H. Weiss
> Weiss & Lurie
> 551 Fifth Avenue
> New York, New York 10176
> *Counsel for Plaintiff*

Jules M. Brody
Stull, Stull & Brody
6 East 45th Street
New York, New York 10017

*Counsel for Plaintiff*

Alyson M. Weiss
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037

*Counsel for Defendant Fuwei Films (Holdings) Co., Ltd.*

3.  The above names and addresses for counsel have been used on prior filings in this matter.

Dated: New York, New York
       December 21, 2007

By: _____
    Kevin D. Galbraith, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MEIRA RUBIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY       :
SITUATED,
:
               Plaintiff,                :        No. 07 CV 10323

      -against-           :        **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**
:        **ON WRITTEN MOTION**
FUWEI FILMS (HOLDINGS) CO., LTD.,
XIAOAN HE, LIN TANG, MARK E.      :
STULGA, TONGHU ZHOU, DUO WANG,
JUN YIN, MAXIM GROUP LLC,            :
CHARDAN CAPITAL MARKETS, LLC and
WR HAMBRECHT & CO., LLC,            :

              Defendants.
------------------------------------------------------------X

Upon the motion of Joshua S. Sohn, attorney for Defendants Maxim Group LLC; Chardan Capital Markets, LLC; and WR Hambrecht & Co., LLC (the "Underwriter Defendants"), and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that:

    PERRIE MICHAEL WEINER
    DLA Piper US LLP
    1999 Avenue of the Stars
    Suite 400
    Los Angeles, CA 90067
    (310) 595-3024  (Direct telephone)
    (310) 595-3324 (Direct fax)

is admitted to practice pro hac vice as counsel for the Underwriter Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge