**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X



MEIRA RUBIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

          Plaintiff,

     -against-

FUWEI FILMS (HOLDINGS) CO., LTD.,
XIAOAN HE, LIN TANG, MARK E.
STULGA, TONGHU ZHOU, DUO WANG,
JUN YIN, MAXIM GROUP LLC,
CHARDAN CAPITAL MARKETS, LLC and
WR HAMBRECHT & CO., LLC,

          Defendants.
-----------------------------------------------------------X

No. 07 CV 10323

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Joshua S. Sohn, attorney for Defendants Maxim Group LLC; Chardan Capital Markets, LLC; and WR Hambrecht & Co., LLC (the "Underwriter Defendants"), and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that:

PERRIE MICHAEL WEINER
DLA Piper US LLP
1999 Avenue of the Stars
Suite 400
Los Angeles, CA 90067
(310) 595-3024  (Direct telephone)
(310) 595-3324 (Direct fax)

is admitted to practice pro hac vice as counsel for the Underwriter Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/10/08
City, State: NY, NY

United States District/~~Magistrate~~ Judge